FILED

2013 SEP 19  PM 12: 08

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

1  Ryan Lee (SBN: 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 405
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x 241
   Fax: 866-861-1390
4  rlee@consumerlawcenter.com
   Attorney for Plaintiff,
5  KALAINE KONSTANZER

6                  **UNITED STATES DISTRICT COURT**
                   **CENTRAL DISTRICT OF CALIFORNIA**
7                        **SOUTHERN DIVISION**

8  KALAINE KONSTANZER,                )
                                       )
9            Plaintiff,                )   Case No.:  **SACV13-01467 JST (JPRx)**
                                       )
10       v.                            )   **PLAINTIFF'S COMPLAINT**
                                       )
11  CMRE FINANCIAL SERVICES, INC. ,    )
                                       )
12           Defendant.                )
                                       )
13  _____  )

14

15                      **PLAINTIFF'S COMPLAINT**

16       Plaintiff, KALAINE KONSTANZER ("Plaintiff"), through her attorneys, KROHN &

17  MOSS, LTD., alleges the following against Defendant, CMRE FINANCIAL SERVICES, INC.,

18  ("Defendant"):

19                           **INTRODUCTION**

20   1.  Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15*

21       *U.S.C. 1692 et seq.* ("FDCPA").

22   2.  Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection

23       Practices Act, *Cal. Civ. Code §1788 et seq.* ("RFDCPA").

24  ///

25  ///

                                -1-

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained within.

4. Defendant conducts business in the State of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in Irvine, Orange County, California.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection business with a business office in Brea, California.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant is attempting to collect a credit card debt from Plaintiff on behalf of the original creditor, Newport Harbor Anesthesia Consultants.

12. Plaintiff's alleged debt owed from transactions for personal, family, and household purposes.

13. In March of 2013, Defendant sent Plaintiff a bill for medical services received by

- 2 -

PLAINTIFF'S COMPLAINT

Plaintiff's minor child.

14. In March of 2013, Defendant began placing collection calls to Plaintiff in an attempt to collect an alleged debt from Plaintiff.

15. On May 20, 2013, Plaintiff placed a call to Defendant and advised Defendant that Defendant was attempting to collect a debt.

16. On May 20, 2013, Plaintiff advised Defendant that Plaintiff's account had already been paid off and instructed Defendant to stop placing collection call to Plaintiff.

17. Plaintiff provided Defendant with a copy of her transaction history which shows a payment made in the amount of $85.20 on April 30, 2012. *See* Exhibit A and Exhibit B attached hereto.

18. Despite begin advised by Plaintiff on May 20, 2012, and despite receiving evidence from Plaintiff that Plaintiff does not owe the debt, Defendant continues to attempt to collect on a debt that Plaintiff does not owe.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

19. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to annoy Plaintiff.

    b. Defendant violated §1692f(1) of the FDCPA by collecting an amount which was not expressly authorized by the agreement creating the debt or permitted by law

WHEREFORE, Plaintiff, KALAINE KONSTANZER respectfully requests judgment be entered against Defendant, CMRE FINANCIAL SERVICES, INC., for the following:

20. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k,*

- 3 -

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k.*

22. Any other relief that this Honorable Court deems appropriate.

## COUNT II
### DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

23. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

24. Defendant violated the RFDCPA based on the following:

    c. Defendant violated the §788.17 of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, 15 U.S.C. § 1692 et seq. to wit: Sections §§ 1692d and 1692f.

WHEREFORE, Plaintiff, KALAINE KONSTANZER respectfully requests judgment be entered against Defendant, CMRE FINANCIAL SERVICES, INC., for the following:

25. Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b),*

26. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c),* and

27. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED: September 10, 2013    KROHN & MOSS, LTD.

By: _____

Ryan Lee
Attorney for Plaintiff

- 4 -

# EXHIBIT A

My Accounts > Account Activity > Search Account Activity

## Search Results

🖶 Print  ✪ Help with this page

I'd like to...

➤ See statements
➤ See account notices
➤ Manage Alerts
➤ See more choices

## Search your account — Specify the date , amount or check number you would like to search for below.

### Search Results for A Main Checking (...7446)

🖶 Print  📄 Download

| Date | Type | Description | Debit | Credit |
|------|------|-------------|-------|--------|
| 04/30/2012 | Bill Payment | Online Payment 2644767753 To Newport Anesthesia 04/30 | $85.20 | |

*Required field

### Search

Select account* [A Main Checking (...7446) ▼]

Select transaction type* [All Debits ▼]

Date range ○ [Select a date range ▼]

- OR -

◉ From [11/01/2011] 🗓 To [05/01/2013] 🗓
(mm/dd/yyyy) (mm/dd/yyyy)

You can search up to 24 months of activity online.

Amount range $ [85.00] to [85.25] ([123.45])

Check number range [ ] to [ ]

[Search]  [Cancel]

*Required field

# EXHIBIT B

Please make checks payable to:
NEWPORT HARBOR ANESTHESIA CONSULTANTS MG
Ph: (855) 340-0182

Patient: GAVIN KONSTANZER
Account #: 38675
Reference #: PC02081049965
Please Pay: $85.20

To Pay Your Bill Online:
HTTP://NEWPORTHARBORANESTHESIA.COM

For Billing Questions Call: (855) 340-0182

## STATEMENT FOR ANESTHESIA / PAIN MANAGEMENT SERVICES

| DATE | PROVIDER | DESCRIPTION | CHARGES | CREDIT | BALANCE |
|------|----------|-------------|---------|--------|---------|
| 08/25/2011 | | ANESTHESIA SERVICES | $800.00 | | $800.00 |
| 09/21/2011 | | COMMERCIAL PAYMENT | | $98.66 | $701.34 |
| 09/21/2011 | | CONTRACTUAL ADJ | | $232.00 | $469.34 |
| 11/04/2011 | | SELF PMT | | $469.34 | |
| 11/04/2011 | | SELF PMT | | $469.34 | $469.34 |
| 11/04/2011 | | SELF PMT | | $464.34 | $5.00 |
| 03/19/2013 | | NO INSURANCE PAYMENT BY BLUE CROSS OF | | | $5.00 |
| 09/26/2011 | | ANESTHESIA SERVICES | $700.00 | | $705.00 |
| 10/17/2011 | | COMMERCIAL PAYMENT | | $340.80 | $364.20 |
| 10/17/2011 | | CONTRACTUAL ADJ | | $274.00 | $90.20 |
| 11/04/2011 | | SELF PMT | | $5.00 | $85.20 |
| 03/19/2013 | | NO INSURANCE PAYMENT BY BLUE CROSS OF | | | $85.20 |

| IMPORTANT MESSAGE ABOUT YOUR ACCOUNT | PLEASE PAY: | $85.20 |
|---|---|---|

IMPORTANT NOTE: PAYMENT DUE IN FULL UPON RECEIPT OF THIS STATEMENT. THIS BILL IS FOR PROFESSIONAL
ANESTHESIA SERVICES RENDERED. THANK YOU.

*Para nuestros pacientes que hablan español: Si usted tiene seguro o preguntas con esta carta por favor
llame el numero arriba y haga referencia al numero de su cuenta.*

2737-WESTSTMT-1637072-1391410262-P-7203230-1-2-33137127-1-1

To Pay Your Bill Online:
HTTP://NEWPORTHARBORANESTHESIA.COM

NEWPORT HARBOR ANESTHESIA CONSULTANTS MG
P.O. BOX 515412
LOS ANGELES, CA 90051

Ph: (855) 340-0182

PLEASE COMPLETE PAYMENT DETAIL BELOW BASED ON SELECTED METHOD

SELECT PAYMENT METHOD

☐ MASTERCARD   ☐ VISA   ☐ AMEX   ☐ Check

CARD NUMBER _____ SIGNATURE CODE _____

SIGNATURE _____ EXP. DATE _____

| STATEMENT DATE | PAY THIS AMOUNT | ACCT# |
|---|---|---|
| 03/19/2013 | $85.20 | 38675 |

DUE UPON RECEIPT | SHOW AMOUNT $ PAID HERE

533392-IPC

TO ENSURE PROPER CREDIT, DETACH AND RETURN THIS PORTION IN THE ENCLOSED ENVELOPE.
☐ Please check if below address is incorrect and indicate change on reverse side.

GAVIN KONSTANZER
1751 ▮▮▮▮▮▮▮▮
IRVINE, CA 92614-6644

NEWPORT HARBOR ANESTHESIA CONSULTANTS MG
PO BOX 515412
LOS ANGELES, CA 90051-6712

*[handwritten:] FAX: 929-240-4990
CMRE: 800-783-9118*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____ Josephine Staton Tucker _____ and the assigned Magistrate Judge is _____ Jean P. Rosenbluth _____ .

The case number on all documents filed with the Court should read as follows:

## SACV13-01467 JST (JPRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

_____ September 19, 2013 _____
Date

By _____ Lori Wagers _____
Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| | | |
|---|---|---|
| ☐ Western Division | ☒ Southern Division | ☐ Eastern Division |
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>KALAINE KONSTANZER | **DEFENDANTS**<br>CMRE FINANCIAL SERVICES, INC. |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>Krohn & Moss, Ltd.; Ryan Lee, Esq.<br>10474 Santa Monica Blvd., Suite 405; Los Angeles, CA 90025<br>(323) 988-2400 | Attorneys (If Known) |

### II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff      ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant      ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No          ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC 1692 et seq.; Unlawful and Abusive Debt Collection Practices

### VII. NATURE OF SUIT (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty<br>☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☒ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | IMMIGRATION | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |

---

**FOR OFFICE USE ONLY:**   Case Number: __**SACV13-01467 JST (JPRx)**__

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)    ☐ A.  Arise from the same or closely related transactions, happenings, or events; or

☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County (CA) | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Brea, CA |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County (CA) | |

\* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  September 10, 2013

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |