1  Ryan Lee Esq. (SBN: 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Ste. 405
   Los Angeles, CA 90025
3  rlee@consumerlawcenter.com
   T: (323) 988-2400
4  F: (866) 861-1390
   Attorney for Plaintiff
5  KALAINE KONSTANZER,

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| KALAINE KONSTANZER, <br><br> Plaintiff, <br> vs. <br><br> CMRE FINANCIAL SERVICES, INC., <br><br> Defendant. | **Case No.: 8:13-cv-01467-JLS-JPR** <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, KALAINE KONSTANZER, against Defendant, CMRE FINANCIAL SERVICES, INC, in the above-captioned proceeding are hereby dismissed, with prejudice. Both sides to bear their own fees and cost.

Dated: 10/24/2013          KROHN & MOSS LTD

                           /s/ Ryan Lee
                           Ryan Lee, Esq.
                           Attorney for Plaintiff,
                           KALAINE KONSTANZER

Dated: 10/24/2013          FRANKLIN J. LOVE

                           /s/ Franklin J. Love
                           Franklin J. Love, Esq.
                           Attorney for Defendant,
                           CMRE FINANCIAL SERVICES, INC

1